# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HARRY BROWN,

      Plaintiff,

v.                                    CASES NO.  4:05cv340-RH/WCS
                                                          4:05cv371-RLH/WCS

CITY OF TALLAHASSEE,

      Defendant.

_____/

## ORDER ON TREATMENT OF RELATED CASES

Plaintiff has filed two substantively identical cases against the same defendant.  One was originally filed in this court and is pending as Case No. 4:05cv340-RH/WCS.  The other was originally filed in state court, removed to this court, and is pending as 4:05cv371-RLH/WCS.[1]  Defendant has filed an unopposed motion to consolidate the two cases.

Even consolidation, however, will be unduly burdensome.  There is no reason for this litigation to go forward as two consolidated cases (with the

---

[1] When first removed, the case was assigned number 4:05cv371-SPM/AK.  The initials have been changed to reflect reassignment of the case under the district's standard procedures, which call for assignment of related cases to the district judge to whom the lowest numbered case was assigned.

procedural complexities that entails) rather than as a single case. Accordingly, the second of these cases will be stayed, and plaintiff will be directed to show cause why that case should not simply be dismissed without prejudice.

For these reasons,

IT IS ORDERED:

1. Case No. 4:05cv371-RLH/WCS is hereby stayed pending further order.

2. Plaintiff shall show cause within 20 days why Case No. 4:05cv371-RLH/WCS should not be dismissed without prejudice as redundant. *Cf. Busby v. City of Orlando*, 931 F.2d 764, 776 (11th Cir. 1991) (approving dismissal of claims against official capacity defendants that were merely redundant to claims against institutional defendant).

SO ORDERED this 20th day of October, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge